DAVIS *v.* PONDER, tax-collector, *et al.*

HOLDEN, J. The decision in this case is controlled by the decision this day rendered in the case of *Cairo Banking Company* v. *Ponder,* ante.

*Judgment affirmed.   All the Justices concur.*